Nos. 21-1048, 21-1049, 21-1743

**UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT**

**EAGLE VIEW TECHNOLOGIES, INC.,
PICTOMETRY INTERNATIONAL CORPORATION**,
*Plaintiffs-Appellees*,

v.

**XACTWARE SOLUTIONS, INC.,
VERISK ANALYTICS, INC.,**
*Defendants-Appellants*.

Appeals from the United States District Court for the District of New Jersey in
No. 1:15-cv-07025-RMB-JS, District Judge Renée Marie Bumb

**JOINT AGREEMENT TO DISMISS APPEAL**

All parties have agreed to dismiss this appeal, with each party to bear its own

costs.  Pursuant to Fed. R. App. P. 42(b), the parties request that the Clerk dismiss

this appeal accordingly.

November 5, 2021

<u>/s/ John C. O'Quinn (with permission)</u>
John C. O'Quinn
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., N.W.
Washington, DC 20004
(202) 389-5000

*Counsel for Appellees*

<u>/s/ Mark A. Perry</u>
Mark A. Perry
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
(202) 887-3667

*Counsel for Appellants*