NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EAGLE VIEW TECHNOLOGIES, INC.,
PICTOMETRY INTERNATIONAL CORPORATION,**
*Plaintiffs-Appellees*

**v.**

**XACTWARE SOLUTIONS, INC., VERISK
ANALYTICS, INC.,**
*Defendants-Appellants*

---

2021-1048, 2021-1049, 2021-1743

---

Appeals from the United States District Court for the District of New Jersey in No. 1:15-cv-07025-RMB-JS, Judge Renee Marie Bumb.

---

Before TARANTO, CLEVENGER, and CHEN, *Circuit Judges*.

PER CURIAM.

## O R D E R

Upon consideration of the parties' joint agreement to dismiss the above-captioned consolidated appeal pursuant to Federal Rule of Appellate Procedure 42(b) with each party to bear its own costs,

IT IS ORDERED THAT:

2                                        EAGLE VIEW TECHNOLOGIES, INC. v.
                                             XACTWARE SOLUTIONS, INC.

The appeal is dismissed as agreed.


                                        FOR THE COURT

November 9, 2021                        /s/ Peter R. Marksteiner
       Date                             Peter R. Marksteiner
                                        Clerk of Court


ISSUED AS A MANDATE: November 9, 2021